UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| MATTHEW A. BAKEHORN, ) | CASE NO. 10-12346 |
| JOHANNA E. BAKEHORN, ) | Chapter 7 |
| DEBTOR(S). ) | |

## NOTICE OF SMALL DIVIDENDS

Martin E. Seifert, Trustee of the estate of the above-named Debtor(s), now files this Notice of Small Dividends pursuant to FRBP 3010 and 3011. The Trustee has filed his Final Report and Distribution Summary and no objections having been filed to same, the Trustee has disbursed funds as proposed. Trustee notes that the following creditor(s) are to receive dividends of less than $5.00:

| **CREDITOR** | **ADDRESS** | **DIVIDEND** |
|---|---|---|
| Allen County Treasurer | One East Main Street<br>Room 104<br>Fort Wayne, IN 46802-1811 | $ 3.91 |
| The Imaging Center | 7631 W. Jefferson<br>Fort Wayne, IN 46804 | $ 1.71 |
| Merchants Retail Credit Assoc., Inc. Or Medical & Dental Business Bureau of Allen Co., Inc. | P.O. Box 11285<br>333 E. Washington Blvd.<br>Fort Wayne, IN 46857 | $ 2.47 |
| Total Recovery Service | 2417 Spy Run Ave.<br>Apt. 5<br>Fort Wayne, IN 46805 | $ 4.61 |
| Redi Med | c/o Snow & Sauerteig<br>203 E. Berry St., Suite 1310<br>Fort Wayne, IN 46802 | $ 1.03 |
| | | $13.73 |

**WHEREFORE**, Trustee is depositing the total sum of $13.73 with the Clerk of the U.S. Bankruptcy Court, representing small dividends in the above-referenced bankruptcy case.

**Dated: August 1, 2011**

        **Respectfully submitted,**

        **CHAPTER 7 TRUSTEE**
        **444 EAST MAIN STREET**
        **FORT WAYNE, INDIANA 46802**
        **TELEPHONE: (260) 426-0444**
        **FAX: (260) 422-0274**
        **EMAIL: mseifert@hallercolvin.com**

        **BY: /s/ Martin E. Seifert**
            **MARTIN E. SEIFERT**
            **I.D. #16857-02**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the above and foregoing Notice of Small Dividends has been sent electronically by the Court's electronic filing service or by first class United States mail, postage prepaid, this 1st day of August, 2011, to:

Scott W. Federspiel, Esq.
Macey & Aleman
4241 Flagstaff Cove
Fort Wayne, IN 46815

United States Trustee
555 One Michiana Square
100 East Wayne Street
South Bend, Indiana 46601

Allen County Treasurer
One East Main Street
Room 104
Fort Wayne, IN 46802-1811

The Imaging Center
7631 W. Jefferson
Fort Wayne, IN 46804

Merchants Retail Credit Assoc., Inc. Or
Medical & Dental Business Bureau of Allen
 Co., Inc.
P.O. Box 11285
333 E. Washington Blvd.
Fort Wayne, IN 46857

Total Recovery Service
2417 Spy Run
Apt. 5
Fort Wayne, IN 46805

Redi Med
c/o Snow & Sauerteig
203 E. Berry St., Suite 1310
Fort Wayne, IN 46802

  /s/ Martin E. Seifert
**MARTIN E. SEIFERT**